| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-13870-KT |
| In re<br><br>Efren Martinez Morfin<br>Ada M Martinez<br><br>Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, **Efren Martinez Morfin & Ada M Martinez** (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **4/03/2010**.

2. I am the owner of real property[1] at the following street address:

    **6643 Satsuma Ave**

    **North Hollywood Ca, 91606** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **GMC Mortgage**.

    b. Second deed of trust in favor of **Wells Fargo Financial Bank** (if applicable).

    c. Third deed of trust in favor of ____ (if applicable).

(Continued on next page)

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re | | CHAPTER 13 |
|---|---|---|
| Efren Martinez Morfin<br>Ada M Martinez | Debtor(s). | CASE NUMBER 1:10-bk-13870-KT |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| GMC Mortgage<br>PO BOX 79135<br>Phoenix AZ, 85062 | $1,706.89 | 1-15th May 2010 | 05/01/2010 |
| | $1,706.89 | 1-15th June 2010 | 06/05/2010 |
| Creditor | | | |
| | | | |
| Creditor | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009

Best Case Bankruptcy

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

F 3015-1.4

| In re Efren Martinez Morfin<br>Ada M Martinez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-13870-KT |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  June 08, 2010            Signature  *[signed]*
                                          Efren Martinez Morfin
                                          Debtor

Date  June 08, 2010            Signature  *[signed]*
                                          Ada M Martinez
                                          Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009

Best Case Bankruptcy

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

```
 1  L. Bishop Austin, Esq. (SBN 175497)
    L. BISHOP AUSTIN & ASSOCIATES
 2  3250 Wilshire Blvd., Ste 1500
    Los Angeles, CA 90010
 3  Tel: (213)388-4939  Fax (213)388-2411
    Email: lbishopbk@yahoo.com
 4  Attorney for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

| In Re:<br><br>Efren and Ada Martinez<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 1:10-bk-13870-KT<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |
|---|---|

I, Efren and Ada Martinez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 05, 2010 I purchased and sent the mortgage payment $1,706.89 to my lender –GMC Mortgage, to the following address: PO BOX 79135 Phoenix AZ, 85062. See attached copy of the money order(s).

This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 08, 2010

_____
Debtor

_____
Joint Debtor



