L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In Re:<br><br>Efren Martinez & Ada Martinez<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 1-10-bk-13870-KT<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Efren Martinez & Ada Martinez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 24, 2010 I purchased and sent the Chapter 13 Plan Payment $280.00 to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 01, 2010

_____
Debtor

_____
Joint Debtor

1



July Payment

**WESCOM Credit Union**

heck Purpose SHARE WITHDRAWAL  Check# 94501840 $280.00
cct XXXXXXX773  MARTINEZ,EFREN Effect: 06/24/10 Post: 06/24/10 Tlr: 1822 Time: 5:02pm

| D DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|---|---|---|---|---|---|---|
| ithdrwl from | WESCOM CHECKING 01 | | | | | |
| 101 | 280.00- | 0.00 | 0.00 | 1,492.04 | 280.00 | 2175405 |
| ithdrwl from | WESCOM CHECKING 01 | | | | | |
| 101 | 5.00- | 0.00 | 0.00 | 1,487.04 | 5.00 | 2175407 |
| WESCOM CHECKING 01 | | | | | | |
| 1CASHIERS CHECK FEE | | | | | 5.00- | |
| heck Fee | | | | | | |
| otal Check Disbursed: CHAPTER 13 TRUSTEE | | | | | 280.00 | |

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

**CASHIER'S CHECK**    16-7936/3220

CHECK NO. 0094501840

**WESCOM Credit Union**
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

DATE  06/24/10    $280.00

NOT VALID AFTER SIX MONTHS

** Two Hundred Eighty and 00/100 DOLLARS **

WESCOM CREDIT UNION

PAY TO THE ORDER OF   CHAPTER 13 TRUSTEE

RE: EFREN AND ADA MARTINEZ
5V10-13870-KT

Checks over $5,000.00 require two signatures