SHERYL K. ITH, ESQ. (SBN 225071)
sith@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile:  (714) 431-1145

Attorneys for Respondent
WELLS FARGO BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EFREN MARTINEZ MORFIN and<br>ADA M. MARTINEZ<br><br><br><br>Debtors. | Case No.: 1:10-bk-13870-KT<br><br>Chapter 13<br><br>**OPPOSITION TO DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN**<br><br>**Hearing Date and Time**<br><br>Date:  August 3, 2010<br>Time:  9:00 a.m.<br>Ctrm:  301 |

Respondent WELLS FARGO BANK, N.A. ("WELLS FARGO"), by and through its attorneys of record herein, Cooksey, Toolen, Gage, Duffy & Woog, by Sheryl K. Ith, Esq., hereby submits its Opposition to Debtors' Motion for Valuation of Security, Determination of Secured Status, Avoidance of Lien ("Debtors' Motion") as follows:

///

///

///

1905.0580  625733.1

## I. INTRODUCTORY STATEMENT

Debtors have brought a Motion for Valuation of Security, Determination of Secured Status, Avoidance of Lien ("Debtors' Motion") pertaining to the real property commonly known as 6643 Satsuma Ave. North Hollywood, CA 91606 (the "Real Property"), to determine the value of the Real Property and the extent of WELLS FARGO's secured claim, if any, based upon the Debtors' argument that WELLS FARGO holds a "wholly unsecured" lien on the Real Property. In so doing, Debtors seek an order determining Wells Fargo's claim to be treated as an unsecured claim in the Chapter 13 proceeding. Debtors base their valuation of the Real Property on an appraisal conducted by Tai-Hsiung Huang, a licensed real estate appraiser. The appraisal values the Real Property at $225,000.00 as of January 30, 2010. (See Exhibit "C" attached to Debtors' Motion).

According to the Debtors' Motion, the outstanding balance owed to the First Deed of Trust holder, GMAC Mortgage ("GMAC"), is $268,168.97. (See page 3, lines 7-12 of Debtors' Motion). The outstanding balance owed to the Second Deed of Trust Holder, WELLS FARGO, is $132,045.21. (See page 3, lines 13-17 of Debtors' Motion). As such, Debtors argue that, because the outstanding balance owed on the First Trust Deed exceeds that of the Debtors' alleged value of the Real Property, WELLS FARGO's claim is wholly unsecured.

WELLS FARGO opposes the Debtor's Motion based upon its own broker's price opinion valuing the Real Property at $315,000. (See Exhibit "A" attached to Declaration of Lionel Sabbah, filed concurrently herewith.)

## II. VALUATION ARGUMENT

WELLS FARGO disputes the Debtors' valuation of the Real Property and in response is prepared to submit its own broker's price opinion (BPO) evidencing the value of the Real Property at $315,000.00. WELLS FARGO's valuation results in WELLS FARGO holding a partially secured claim since the amount owed on the First Deed of Trust claim amount is $268,168.97. Attached as Exhibit "A" to the Declaration of Lionel Sabbah, filed concurrently herewith, is a copy of the broker's price opinion. WELLS FARGO desires to conduct its own independent appraisal of the Real Property. However, in the absence of its own appraisal, WELLS FARGO relies on the BPO as evidence of the value of the Real Property.

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1905.0580 625733.1

### III. CONCLUSION

For the reasons set forth above WELLS FARGO respectfully requests that the Court deny the Debtors' Motion for Order Determining Secured Value of the Real Property, or, in the alternative, continue the hearing to allow WELLS FARGO the opportunity to complete its appraisal.

Dated: July 21, 2010        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
SHERYL K. ITH
Attorney for WELLS FARGO BANK, N.A.

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

## DECLARATION OF SHERYL K. ITH

I, Sheryl K. Ith, declare as follows:

1. I am an associate with the law firm of Cooksey, Toolen, Gage, Duffy & Woog, P.C., counsel of record for WELLS FARGO in this matter. The facts set forth in this Declaration are within my own personal knowledge and if called upon to testify I could and would testify competently thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the broker's price opinion I obtained from WELLS FARGO.

3. On July 21, 2010, I prepared a Declaration for Lionel Sabbah, the broker who prepared the price opinion and am awaiting the executed declaration back so that I am may properly introduce the broker's price opinion into evidence.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this Declaration was executed July 21, 2010, at Costa Mesa, CA.

_____
SHERYL K. ITH

**LSI** — A LENDER PROCESSING SERVICES COMPANY

# Comparative Market Analysis Exterior

## Client Information

| | |
|---|---|
| Client: Wells Fargo HE Group (Wells ccg Default) | Portfolio / Project Name: |
| Order Number: 8077959 | Alternate Loan Number: |
| Loan Number: 0175008067 | Inspection Date: 1/13/2010 |
| Assigned Agent: Lionel Sabbah- Los Angeles | Inspection Type: Exterior |
| Assigned Agent's Phone: (424) 653-2562 | Contact: ADA MARTINEZ |
| Owner / Borrower: MARTINEZ | Contact Phone: |
| Subject Address: 6643 SATSUMA AVE  NORTH HOLLYWOOD, CA  91606 | |

## Subject Tax and Sale Information

| | |
|---|---|
| Estimated Tax Assessed Value Date: 11/18/1999 | Last Known Sale Date: |
| Tax Assessed Value: $161,000.00 | Last Known Sale Price: $0.00 |
| Current Real Estate Taxes: $0.00 | |

## Neighborhood Information

| | |
|---|---|
| Predominant Occupancy: Owner | Average Market Time of Sales: 90 |
| Homes in the area are: Similar | Price Range (Low to High): $275,000.00 to $375,000.00 |
| Demand & Supply: Oversupply | Predominant Value: $320,000.00 |
| No. of Homes in Direct Competition: 5 | Property Values Trend: Decreasing / 8.70% annually |
| Zoning: Residential | Market Rent: 1900 |
| Density: Suburban | Market Rent Trend: Stable |
| Property Maintenance: Average | |

Market / Neighborhood Comments: The subject is located in an established neighborhood that consists of mostly of conventional style SFR homes of various ages, displaying general similarity in design, appeal and utility, with variations in size. There's an adequate mix of multi-family residences, condominiums, commercial activity, employment opportunities and public support facilities, (schools, police, hospitals, recreation, fire stations, houses of worship, etc.) which are beneficial to the community.

## Subject Property

| | |
|---|---|
| Condo or PUD: No | Listed in Last 12 Months: No |
| Development Name: | Currently Listed: No |
| Homeowners Association Fees: | List Price: $0.00 |
| Percent Owner Occupied: 0.00 | Listing Agent Name: |
| Curb Appeal: Average | Listing Agent Phone: |
| Property Maintenance: Average | Days on Market: 0 |
| Landscape and Lawn: Average | Vacant: No |
| Guest House: No | Secured: Yes |
| Guest House Square Footage: 0 | Conforming to Neighborhood: Yes |
| Mobile Home Permanently Attached and Taxed as Real Estate: N/A | |

Problem for Resale: No /

Environmental Problem: No /

Subject Data Source(s):  [X] Tax Records   [ ] SiteXdata   [ ] MLS #   [ ] RealQuest   [ ] REDLINK   [ ] Estimated   [ ] Other

Explanation of Estimated or Other Sources:

Positive Subject Comments: Based on an exterior observation from the street the subject property appears to be conforming to the neighborhood in lot utility, GLA and overall appeal.

Negative Subject Comments: none noted

**LSI** — A LENDER PROCESSING SERVICES COMPANY

# Comparative Market Analysis Exterior

Order #: 8077959  |  Loan #: 0175008067  |  Client: Wells Fargo HE Group (Wells ccg Default)

## Comparative Sale Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 6643 SATSUMA AVE | See Comments on Comparable 1 | See Comments on Comparable 2 | See Comments on Comparable 3 |
| City, State, Zip: | NORTH HOLLYWOOD, CA 91 | | | |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | Contemporary | Contemporary | Contemporary | Contemporary |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.01 Miles | 0.67 Miles | 0.88 Miles |
| Sale Date: | | 1/7/2010 | 11/3/2009 | 12/11/2009 |
| Sold Price: | $0.00 | $340,000.00 | $300,000.00 | $295,000.00 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 6721 Square Feet | 6891 Square Feet | 6000 Square Feet | 7155 Square Feet |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 49 | 68 | 59 | 70 |
| Condition: | Average | Average | Average | Average |
| Total Rooms: | 5 | 6 | 6 | 5 |
| Bedrooms: | 3 | 3 | 3 | 2 |
| Bathrooms: | 1 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half | 2 Full 0 Half |
| Above Grade Sq. Footage: | 1146 | 1259 | 1325 | 953 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Below Grade Finished Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached | 1.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | F1820938 | B2106003 | F1821595 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: 6530 Satsuma Ave   North Hollywood (Nho), CA 91606   | located on the same street, similar is gla and bedroom count.

Comments on Comparable 2: 6145 Ensign Ave   North Hollywood (Nho), CA 91606   | similar in bedroom count with a slightly larger gla.

Comments on Comparable 3: 6550 Camellia Ave   North Hollywood (Nho), CA 91606   | similar in location with a inferior floorplan and gla.

# Comparative Market Analysis Exterior

LSI

| Order #: 8077959 | Loan #: 0175008067 | Client: Wells Fargo HE Group (Wells ccg Default) |

## Comparative Listing Information

| | SUBJECT ADDRESS | COMPARABLE 1 | COMPARABLE 2 | COMPARABLE 3 |
|---|---|---|---|---|
| Street Address: | 6643 SATSUMA AVE | See Comments on Comparable 1 | See Comments on Comparable 2 | See Comments on Comparable 3 |
| City, State, Zip: | NORTH HOLLYWOOD, CA 91 | | | |
| Property Type: | Single Family | Single Family | Single Family | Single Family |
| Property Style: | Contemporary | Contemporary | Contemporary | Contemporary |
| Number of Units: | 1 | 1 | 1 | 1 |
| Proximity to Subject: | | 0.19 Miles | 0.43 Miles | 0.27 Miles |
| Listing Date: | | 9/22/2009 | 12/21/2009 | 1/6/2010 |
| Listing Price: | $0.00 | $295,900.00 | $315,000.00 | $339,000.00 |
| Location: | Average | Average | Average | Average |
| Lot Size: | 6721 Square Feet | 6455 Square Feet | 7425 Square Feet | 5850 Square Feet |
| Lot Size is: | Typical | Typical | Typical | Typical |
| Age in Years: | 49 | 66 | 67 | 66 |
| Condition: | Average | Average | Average | Average |
| Total Rooms: | 5 | 6 | 6 | 6 |
| Bedrooms: | 3 | 3 | 3 | 3 |
| Bathrooms: | 1 Full 0 Half | 1 Full 0 Half | 1 Full 0 Half | 2 Full 0 Half |
| Above Grade Sq.Footage: | 1146 | 1004 | 1084 | 1296 |
| Total Below Grade Sq.Ft.: | 0 | 0 | 0 | 0 |
| Below Grade Finished Sq.Ft.: | 0 | 0 | 0 | 0 |
| Garage: | 2.00 car / Attached | 2.00 car / Attached | 2.00 car / Attached | 1.00 car / Attached |
| Carport: | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA | 0.00 car / NA |
| Comparison to Subject: | | Equal | Equal | Equal |
| Comparable Data Source: | | MLS | MLS | MLS |
| MLS Listing Number: | | F1821365 | CLW-09417521 | F1829946 |

Explanation of Estimated or Other responses above:

Comments on Comparable 1: 6647 Clybourn Ave    North Hollywood (Nho), CA 91606    | similar in lot size and floorplan.

Comments on Comparable 2: 6318 Riverton Ave    North Hollywood (Nho), CA 91606    | similar in location and floorplan.

Comments on Comparable 3: 6642 Ensign Ave    North Hollywood (Nho), CA 91606    | slightly superior gla and bathroom count. similar in location.

**LSI**

**Comparative Market Analysis Exterior**

Order #: 8077959 | Loan #: 0175008067 | Client: Wells Fargo HE Group (Wells ccg Default)

### Addendum
*Any Additional comments regarding market area, conditions, area growth or decline, crime activity, hazards, repairs and the like.*

All comparables have been given equal weight in determining an opinion of value for the subject property. All comparables are located within the same economic neighborhood as the subject and are good indicators of the subject's value. Ages of comps used are typical for the make up of the subject neighborhood.

### Estimates of Value

Discuss how you arrived at comaprison method
these values:

| | |
|---|---|
| As Is Quick Sale: $270,000.00 | As Repaired Quick Sale: $315,000.00 |
| As Is Market Value: $315,000.00 | As Repaired Market Value: $315,000.00 |
| As Is Suggested List: $325,000.00 | As Repaired Suggested List: $325,000.00 |
| Estimated Days to Repair: | Estimated Cost to Repair: $0.00 |

Average Market Time of Sale (listing date to contract date):    90

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the above named financial institution to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued $250,000 or less, as required by Title XI of FIRREA. The agent submitting this report represents that she/he drove by the property and has no interest in the property.

# Comparative Market Analysis Exterior

**LSI**
Order #: 8077959 — Loan #: 0175008067 — Client: Wells Fargo HE Group (Wells ccg Default)

## Property Map

*If MapPoint was unable to locate the property(s), distances from comparable property(s) were estimated.*



Sold Comp 3 - 6550 Camellia Ave
Listing Comp 3 - 6642 Ensign Ave
Sold Comp 2 - 6145 Ensign Ave
Listing Comp 2 - 6318 Riverton Ave

## Photos

Subject (Front View)

| In re: | | CHAPTER 13 |
|---|---|---|
| EFREN MARTINEZ MORFIN and ADA M. MARTINEZ | | |
| | Debtor(s). | CASE NUMBER: 1:10-bk-13870 KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR, COSTA MESA, CA 92626**

The foregoing document described as **OPPOSITION TO DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Leroy Bishop Austin, Attorney for Debtors: lbishopbk@yahoo.com
Elizabeth F. Rojas, Trustee: cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 21, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTOR(S): via U.S. MAIL**
EFREN MARTINEZ MORFIN
ADA M. MARTINEZ
6643 Satsuma Avenue
North Hollywood, CA 91606

**U.S. BANKRUPTCY JUDGE: via U.S. MAIL**
U.S. BANKRUPTCY COURT
HONORABLE KATHLEEN THOMPSON
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2010 | SUSAN KONTOFF | /s/ Susan A. Kontoff |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
1905.0580   625733.1

F 9013-3.1