| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| | CHAPTER 13 |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CASE NUMBER 1:10-bk-13870-KT |
| In re<br><br>Efren Martinez Morfin<br>Ada M Martinez<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Efren Martinez Morfin & Ada M Martinez** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **4/03/2010**.

2. I am the owner of real property[1] at the following street address:

    **6643 Satsuma Ave**

    **North Hollywood Ca, 91606**                                (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **GMC Mortgage**.

    b. Second deed of trust in favor of **Wells Fargo Financial Bank (Lam Motion)** *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - *Page 2 of 3*

| In re<br>Efren Martinez Morfin<br>Ada M Martinez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-13870-KT |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| GMC Mortgage<br>PO BOX 79135<br>Phoenix AZ, 85062 | $1,706.89 | 1-15th May 2010 | 05/01/2010 |
| | $1,706.89 | 1-15th June 2010 | 06/05/2010 |
| | $1,706.89 | 1-15th July 2010 | 07/06/2010 |
| Creditor | $1,706.89 | 1-15th August 2010 | 08/05/2010 |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Efren Martinez Morfin<br>Ada M Martinez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-13870-KT |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  August 10, 2010           Signature  *Efren Martinez Morfin*
                                           Efren Martinez Morfin
                                           Debtor

Date  August 10, 2010           Signature  *Ada M Martinez*
                                           Ada M Martinez
                                           Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**WESCOM Credit Union**

Check Purpose SHARE WITHDRAWAL    Check# 94522535  $1,706.89
Acct XXXXXXX773    MARTINEZ,EFREN Effect: 08/05/10  Post: 08/05/10  Tlr: 3428  Time: 3:26pm

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|---|---|---|---|---|---|---|
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 1,706.89- | 0.00 | 0.00 | 472.65 | 1,706.89 | 2218181 |
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 467.65 | 5.00 | 2218183 |
| Check Fee | | | | | 5.00- | |
| Total Check Disbursed: GMAC MORTGAGE | | | | | 1,706.89- | |

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

## CASHIER'S CHECK

**WESCOM Credit Union**
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

CHECK NO. 009452

DATE  08/05/10
NOT VALID AFTER SIX MONTHS
$1,706.89

** One Thousand Seven Hundred Six and 89/100 DOLLARS **

WESCOM CREDIT UNION

PAY TO THE ORDER OF    GMAC MORTGAGE
RE: EFREN & ADA MARTINEZ

Checks over $5,000.00 require two signatures.

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
PHOENIX AZ 85062

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0401 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.24 | 08/05/2010 |

Sent To: GMac Mortgage
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7010 1060 0000 2183 0710

PS Form 3800, August 2006          See Reverse for Instructions