BEN G. GAGE, ESQ. (State Bar No. 268336)
bgage@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:  (714) 431-1100
Facsimile:   (714) 431-1145

Attorneys for Respondent,
WELLS FARGO BANK, N.A.



FILED & ENTERED

AUG 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>EFREN M. MARTINEZ MORFIN and<br>ADA M. MARTINEZ,<br><br>**Debtor**(s). | Case No.: 1:10-bk-13870-KT<br><br>Chapter 13<br><br>**ORDER APPROVING JOINT REQUEST TO CONTINUE HEARING ON DEBTOR'S MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN**<br><br>Date:   August 23, 2010<br>Time:  9:30 a.m.<br>Ctrm:  301 |

Pursuant to the Joint Request to Continue Hearing on Debtor's Motion for Valuation of Security, Determination of Secured Status, Avoidance of Lien and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Debtor's Motion for Valuation of Security, Determination of Secured Status, Avoidance of Lien is continued to September 20, 2010 9:30 a.m. in courtroom 301 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, CA 91367.

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED that parties shall file all pleadings in support of their argument
2   on or before September 16, 2010.

###

DATED: August 30, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**535 ANTON BLVD, 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document described as **ORDER APPROVING JOINT REQUEST TO CONTINUE HEARING ON DEBTOR'S MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *August 19, 2010,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S):**
Efren Martinez Morfin
Ada Martinez
6643 Satsuma Ave.
North Hollywood, CA 91606

**TRUSTEE:**
Elizabeth (SV) F. Rojas
Noble Professional Center
15060 Ventura Blvd., Ste. 240
Sherman Oaks, CA 91403

**U.S. BANKRUPTCY JUDGE:**
Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Ste. 305
Woodland Hills, CA 91367-6606

**ATTORNEY FOR DEBTOR:**
Leroy Bishop Austin
3250 Wilshire Blvd., Ste. 1500
Los Angeles, CA 90010-1502

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2010 | MATTHEW G. WILLIAMS | /s/ MATTHEW G. WILLIAMS |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING JOINT REQUEST TO CONTINUE HEARING ON DEBTOR'S MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***August 19, 2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leroy Bishop Austin, Attorney for Debtor; lbishopbk@yahoo.com
Elizabeth (SV) F. Rojas, Trustee; cacb_ecf_sv@ch13wla.com
Ben G. Gage, Attorney for Creditor; bgage@cookseylaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| **DEBTOR(S):** | **U.S. BANKRUPTCY JUDGE:** |
|---|---|
| Efren Martinez Morfin | Honorable Kathleen Thompson |
| Ada Martinez | U.S. Bankruptcy Court |
| 6643 Satsuma Ave. | 21041 Burbank Blvd., Ste. 305 |
| North Hollywood, CA 91606 | Woodland Hills, CA 91367-6606 |

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9013-3.1.PROOF.SERVICE**