L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In Re:<br><br>Efren Martinez & Ada Martinez<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 1-10-bk-13870-KT<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Efren Martinez & Ada Martinez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 28, 2010 I purchased and sent the Chapter 13 Plan Payment $280.00 to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of September, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 1, 2010

_____
Debtor

_____
Joint Debtor

1

**WESCOM** Credit Union

Check Purpose SHARE WITHDRAWAL   Check# 94531263 $280.00
Acct XXXXXXX773   MARTINEZ,EFREN Effect: 08/28/10 Post: 08/28/10 Tlr: 3428 Time:  1:15pm

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE | TRAN AMOUNT | SEQ |
|---|---|---|---|---|---|---|
| Deposit to WESCOM CHECKING 01 | | | | | | |
| 0101 | 160.00 | 0.00 | 0.00 | 1,109.45 | 160.00 | 1972480 |
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 280.00- | 0.00 | 0.00 | 829.45 | 280.00 | 1972483 |
| Withdrwl from WESCOM CHECKING 01 | | | | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 824.45 | 5.00 | 1972485 |
| WESCOM CHECKING 01 | | | | | | |
| 01CASHIERS CHECK FEE | | | | | | |
| Check Received | | | | | | |
| Check Received | | | | | | |
| Check Fee | | | | | | |
| Total Check Disbursed: CHAPTER 13 TRUSTEE | | | | | | |

Member Signature _____   Member ID _____

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
LOS ANGELES CA 90051
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0301 |
| Certified Fee | $2.80 | 37 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.24 | 08/28/2010 |

Sent To  Elizabeth Rojas
Street, Apt. No.; or PO Box No.  PO Box 51266
City, State, ZIP+4  Los Angeles, Ca 90051-0566

PS Form 3800, August 2006       See Reverse for Instructions

7010 0780 0000 4848 5115

**WESCOM** Credit Union

Check Purpose SHARE WITHDRAWAL   Check# 94531263 $280.00
Acct XXXXXXX773   MARTINEZ,EFREN Effect: 08/28/10 Post: 0

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALANCE |
|---|---|---|---|---|
| Deposit to WESCOM CHECKING 01 | | | | |
| 0101 | 160.00 | 0.00 | 0.00 | 1,1 |
| Withdrwl from WESCOM CHECKING 01 | | | | |
| 0101 | 280.00- | 0.00 | 0.00 | 829.45 |
| Withdrwl from WESCOM CHECKING 01 | | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 824.45 |
| WESCOM CHECKING 01 | | | | |
| 01CASHIERS CHECK FEE | | | | |
| Check Received | | | | 80.00 |
| Check Received | | | | 80.00 |
| Check Fee | | | | 5.00- |
| Total Check Disbursed: CHAPTER 13 TRUSTEE | | | | 280.00- |

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

**CASHIER'S CHECK**                                16-7939/3220

**WESCOM** Credit Union
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

CHECK NO. 0094531263

DATE  08/28/10                    $280.00
NOT VALID AFTER SIX MONTHS

** Two Hundred Eighty and 00/100 DOLLARS **

WESCOM CREDIT UNION

_signature_

PAY TO THE ORDER OF   CHAPTER 13 TRUSTEE

Checks over $5,000.00 require two signatures.