| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L Bishop Austin<br>L BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90010<br>(213) 388-4939 Fax (213)388-2411<br>California State Bar Number 175497<br>[X] Attorney for Debtor<br>[ ] Pro Se Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1 10-bk-13870-KT |
| In re<br><br>Efren Martinez Morfin<br>Ada M Martinez<br><br>Debtor(s) | DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, Efren Martinez Morfin & Ada M Martinez (Debtor's name), hereby declare

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 4/03/2010

2. I am the owner of real property¹ at the following street address

   6643 Satsuma Ave

   North Hollywood Ca, 91606 _____ (the "Property")

3. The Property is encumbered by the following deeds of trust

   a. First deed of trust in favor of **GMC Mortgage**

   b. Second deed of trust in favor of **Wells Fargo Financial Bank (Lam Motion)** (if applicable)

   c. Third deed of trust in favor of _____ (if applicable)

(Continued on next page)

_____

¹ A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

Declaration Setting Forth Postconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(rm) - Page 2 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
| --- | --- | --- |
| Efren Martinez Morfin<br>Ada M Martinez | Debtor(s) | CASE NUMBER 1:10-bk-13870-KT |

4. The following are the postpetition deed of trust payments² up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered³ to the appropriate deed of trust holder (the "Creditor")⁴

| Creditor | Payment Amount | Due Date⁵ | Date Mailed/Delivered |
| --- | --- | --- | --- |
| GMC Mortgage<br>PO BOX 79135<br>Phoenix AZ, 85062 | $1,706.89 | 1-15th May 2010 | 05/01/2010 |
| | $1,706.89 | 1-15th June 2010 | 06/05/2010 |
| | $1,706.89 | 1-15th July 2010 | 07/06/2010 |
| | $1,706.89 | 1-15th August 2010 | 08/05/2010 |
| | $1,706.89 | 1-15th September 2010 | 09/09/2010 |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

²Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

³A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

⁴Attach additional pages if necessary.

⁵"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Declaration Setting Forth Postpetition Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m)   Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| Efren Martinez Morfin<br>Ada M Martinez                                Debtor(s) | CASE NUMBER 1:10-bk-13870-KT |

6. Attached to this declaration are copies of the

   ☒ cashier's checks   ☐ money orders   ☐ certified funds  or

   ☐ other proof of the Payments described in Paragraph 4 above

7. Also attached to this declaration are copies of the

   ☒ U S Post Office Certificate(s) of Mailing, stamped by a U S Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative  or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above

   I declare under penalty of perjury that the foregoing is true and correct

Date  September 15, 2010        Signature  /s/ Efren M Martinez
                                           Efren Martinez Morfin
                                           Debtor

Date  September 15, 2010        Signature  /s/ Ada M Martinez
                                           Ada M Martinez
                                           Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                    F 3015-1.4

**WESCOM** Credit Union

Check Purpose SHARE WITHDRAWAL    Check# 94537484 $1,706.8
Acct XXXXXXX773    MARTINEZ,EFREN    Effect: 09/09/10 Post: 0

| ID DUE DATE | PRINCIPAL | INTEREST | FEES | NEW BALAN |
|---|---|---|---|---|
| Withdrwl from | WESCOM CHECKING 01 | | | |
| 0101 | 1,706.89- | 0.00 | 0.00 | 2 |
| Withdrwl from | WESCOM CHECKING 01 | | | |
| 0101 | 5.00- | 0.00 | 0.00 | 2 |

Check Fee
Total Check Disbursed: GMAC MORTGAGE



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage  $   $0.44
Certified Fee   $2.80
Return Receipt Fee   $0.00
(Endorsement Required)
Restricted Delivery Fee   $0.00
(Endorsement Required)
Total Postage & Fees  $   $3.24

Sent To  GMAC mortgage
Street, Apt. No.
or PO Box No.
City, State, ZIP+4

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK / HOLD AT ANGLE TO VIEW

**CASHIER'S CHECK**    16-7935/3220

**WESCOM** Credit Union
123 SOUTH MARENGO AVE.
PASADENA, CA 91101

CHECK NO. 009453748

DATE 09/09/10    $1,706.89
NOT VALID AFTER SIX MONTHS

** One Thousand Seven Hundred Six and 89/100 DOLLARS **

WESCOM CREDIT UNION

PAY TO THE ORDER OF   GMAC MORTGAGE
                     RE:EFREN MARTINEZ

Checks over $5,000 do require two signatures.

⑈94537484⑈ ⑆322079353⑇ 900468008⑈    23